Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Ian M. McMenemy, Esq.
Nevada Bar No. 13190
MURCHISON & CUMMING, LLP
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada  89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957
E-Mail:     mnunez@murchisonlaw.com
            imcmenemy@murchisonlaw.com

Attorneys for *Defendant*
BLUE MAN GROUP HOLDINGS, LLC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CRANE LEWIS, JR., <br><br> Plaintiff, <br><br> v. <br><br> BLUE MAN GROUP HOLDINGS, LLC, a Foreign Limited Liability Company, d/b/a BLUE MAN GROUP; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | CASE NO. 2:14-cv-01037 <br><br> **REQUEST FOR EXCEPTION FROM ATTENDANCE AT THE SETTLEMENT CONFERENCE** |

COMES NOW Defendant, BLUE MAN GROUP HOLDINGS, LLC, ("Defendant") by and through its attorneys of record, the law firm of MURCHISON & CUMMING, LLP, and hereby files its Request for Exception from Attendance at the Settlement Conference.

Defendant is requesting telephonic attendance of its representative of the insurance carrier, Dean Domenoski, due to the fact that Mr. Domenoski resides in Wisconsin and his travel expenses would be better utilized to assist with settlement negotiations.  Mr. Domenoski will be available at all times by telephonic appearance and counsel for Defendant will be in personal attendance.

Mr. Domenoski's telephonic appearance has been discussed with Plaintiff's counsel, who has no objections.

For the stated grounds above, Defendant requests that the Court grant its Request for Exception, and permit Mr. Domenoski's telephonic appearance at the Settlement Conference.

DATED: July 15, 2015

**MURCHISON & CUMMING, LLP**

By  */s/ Michael J. Nuñez*
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Ian M. McMenemy, Esq.
Nevada Bar No. 13190
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada  89145
Attorneys for Defendant

# ORDER

IT IS ORDERED that for the stated grounds above, Defendant requests that the Court grant its Request for Exception, and permit Mr. Domenoski's telephonic appearance at the Settlement Conference.

IT IS FURTHER ORDERED that Mr. Domenoski shall be fully prepared about the merits of the claims and defenses, and shall be available for the duration of the ENE.

**IT IS SO ORDERED** this 20th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

**STATE OF NEVADA, COUNTY OF CLARK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Clark, State of Nevada. My business address is 6900 Westcliff Drive, Suite 605, Las Vegas, Nevada 89145.

On July 15, 2015, I served true copies of the following document(s) described as **REQUEST FOR EXCEPTION FROM ATTENDANCE AT THE SETTLEMENT CONFERENCE** on the interested parties in this action as follows:

### SEE ATTACHED LIST

**BY ELECTRONIC TRANSMISSION VIA CM/ECF**: Pursuant to the E-Filing System of the United States District Court, District of Nevada, to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 15, 2015, at Las Vegas, Nevada.


  /s/ Nicole Garcia
Nicole Garcia


### SERVICE LIST
**BLUE MAN GROUP HOLDINGS, LLC adv. Lewis, James**

| | |
|---|---|
| Boyd B. Moss III, Esq.<br>Moss Berg Injury Lawyers<br>625 S. Decatur Blvd.<br>Las Vegas, NV  89107<br>Telephone: (702) 222-4555<br>Facsimile: (702) 222-4556 | Attorneys for Plaintiff,<br>James Crane Lewis, Jr. |