Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Ian M. McMenemy, Esq.
Nevada Bar No. 13190
**MURCHISON & CUMMING, LLP**
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957
mnunez@murchisonlaw.com
imcmenemy@murchisonlaw.com

Attorneys for *Defendant*
BLUE MAN GROUP HOLDINGS, LLC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CRANE LEWIS, JR., | CASE NO. 2:14-cv-01037 |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| BLUE MAN GROUP HOLDINGS, LLC, a Foreign Limited Liability Company, d/b/a BLUE MAN GROUP; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED to by Plaintiff, JAMES CRANE LEWIS, JR., and Defendant BLUE MAN GROUP HOLDINGS, LLC, by and through its respective counsel of record, that the above-entitled matter is hereby dismissed in its entirety with prejudice, with each of the parties to bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court
**DATED:** 08/21/2015

STIPULATED AND AGREED TO:

DATED this 5th day of August, 2015

**MURCHISON & CUMMING, LLP**

By: _____
Michael Nunez, Esq.
Nevada Bar No. 10703
Ian M. McMenemy, Esq.
Nevada Bar No. 13190
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89145
Attorneys for Defendants

DATED this 8 day of August, 2015

**MOSS BERG INJURY LAWYERS**

By: _____
Boyd B. Moss, Esq.
Nevada Bar No. 8856
Marcus A. Berg, Esq.
Nevada Bar No. 9760
625 South Decatur Boulevard
Las Vegas, Nevada 89107
Attorneys for Plaintiff